IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICK BLACKBURN, et al. | ) |
| | ) |
| v. | ) NO. 3:05-1058 |
| | ) JUDGE CAMPBELL |
| OAKTREE CAPITAL MANAGEMENT, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 27) and Objections filed by the Defendant (Docket No. 31).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are granted in part and overruled in part.

The Court has reviewed the Plaintiffs' Motion to Amend not only in accordance with Fed. R. Civ. P. 15, but also in accordance with those cases, cited by the Defendant, which require closer scrutiny, a balancing of the equities, and consideration of the factors set forth in Hensgens v. Deere & Co., 833 F.2d 1179, 1182 (5th Cir. 1987) and Wells v. Certainteed Corp., 950 F.Supp. 200, 201 (E.D. Mich. 1997).

After review under the above standards, the Court finds that the Report and Recommendation of the Magistrate Judge should be approved. Accordingly, Plaintiffs' Motion to Amend Complaint (Docket No. 22) is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE