IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICK BLACKBURN, et al. | ) |
| | ) |
| v. | ) NO. 3:05-1058 |
| | ) JUDGE CAMPBELL |
| OAKTREE CAPITAL MANAGEMENT, | ) |
| LLC, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no objections have been filed.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is APPROVED. Accordingly, this action is remanded to the Circuit Court for Williamson County, Tennessee. The trial set for April 10, 2007, and the pretrial conference set for April 2, 2007, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE